# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| In re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION<br><br>ROXIE ARRINGTON<br>    Plaintiff,<br>v.<br>COOK, INC., COOK MEDICAL, LLC, and WILLIAM COOK EUROPE APS<br><br>    Defendants. | MDL CASE NO. 1:14-ML-2570-RLY-TAB<br><br>CASE NO. 1:20-cv-00990-RLY-TAB |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

The Court has considered Plaintiff Roxie Arrington's Motion to Substitute Party Plaintiff and for Leave to File Amended Short Form Complaint, and the Court, being duly advised in the premises, now GRANTS the motion. [Filing No. 27384.]

IT IS THEREFORE ORDERED that: (1) Angela Arrington, as next of kin of Roxie Arrington, is substituted as Plaintiff in the above-referenced action; (2) Plaintiff is hereby granted leave to file an Amended Short Form Complaint; and, (3) the Amended Short Form Complaint is hereby deemed filed as of the date of this order. The Clerk of the Court is directed to file the Amended Short Form Complaint into the record in this matter.

Date: 11/13/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.