IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,                                1:14-ml-02570-RLY-TAB
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL              MDL No: 2570

_____

This Document Relates to Plaintiff(s):

ANGELA ARRINGTON, as next of kin of
ROXIE ARRINGTON

Civil Case # 1:20-cv-00990-RLY-TAB

_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Short Form Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party:
   Roxie Arrington.
   _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   N/A.
   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   Angela Arrington as next of kin of Roxie Arrington
   _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
   Michigan.
   _____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
   Michigan.
   _____

6. Plaintiff's/Deceased Party's current state of residence:
   Michigan.

7. District Court and Division in which venue would be proper absent direct filing:
   Eastern District of Michigan - Southern Division.

8. Defendants (Check Defendants against whom Complaint is made):

   ☑ Cook Incorporated

   ☑ Cook Medical LLC

   ☑ William Cook Europe ApS

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   Paragraphs 27 and 28; Paragraphs 23, 24, 25, and 26.

   b. Other allegations of jurisdiction and venue:
   N/A.

10. Defendant's Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (check applicable Inferior Vena Cava Filters):

    ☑ Günther Tulip® Vena Cava Filter

    ☐ Cook Celect® Vena Cava Filter

    ☐ Gunther Tulip Mreye

    ☐ Cook Celect Platinum

    ☐ Other: _____

11. Date of Implantation as to each product:

    December 9, 2014.

12. Hospital(s) where Plaintiff was implanted (including City and State):

    Beaumont Hospital; Taylor, MI.

13. Implanting Physician(s):

    Mazen Bazzi, D.O.

14. Counts in the Master Complaint brought by Plaintiff(s):

    [✓] Count I:     Strict Products Liability – Failure to Warn

    [✓] Count II:    Strict Products Liability – Design Defect

    [✓] Count III:   Negligence

    [✓] Count IV:    Negligence Per Se

    [✓] Count V:     Breach of Express Warranty

    [✓] Count VI:    Breach of Implied Warranty

    [✓] Count VII:   Violations of Applicable __Michigan__ (insert State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    [ ] Count VIII:  Loss of Consortium

    [ ] Count IX:    Wrongful Death

    [✓] Count X:     Survival

    [✓] Count XI:    Punitive Damages

    [ ] Other: _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in this space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):
    Robert J. Fenstersheib.                    Stuart L. Goldenberg

16. Address and bar information for Attorney for Plaintiff(s):

    520 W. Hallandale Beach Blvd.              800 LaSalle Avenue, Suit 2150

    Hallandale, FL 33009                       Minneapolis, MN 55402

    Florida Bar #307300                        Minnesota Bar # 0158719


Respectfully Submitted,

By: */s/ Stuart L. Goldenberg*

Stuart L. Goldenberg
GOLDENBERG LAURICELLA, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: 612-333-4662
slgoldenberg@goldenberglaw.com

AND

Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd. Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com

*Attorneys for Plaintiff*